AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:05CR40025-001 |
| **Michael D. Green** ) | USM No: 06711-010 |
| Date of Previous Judgment: February 08, 2007 ) | Matthew F. Golden |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  X  DENIED.    GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29              Amended Offense Level: _____
Criminal History Category: VI           Criminal History Category: _____
Previous Guideline Range: 151 to 188 months   Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  ☐ The reduced sentence is within the amended guideline range.
  ☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  ☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant is a Career Offender (U.S.S.G. § 4B1.1)

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 2 5 2008
CHRIS H. JOHNSON, CLERK
BY _____ DEPUTY CLERK

Except as provided above, all provisions of the judgment dated  02/08/07  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  7/25/08

Effective Date: _____
(if different from order date)

_____
Judge's Signature

Hon. Harry F. Barnes, U.S. District Judge
Printed name and title